United States District Court
Southern District of Texas
**ENTERED**
April 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VALERIE ANDREWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-3170 |
| | § | |
| SAN JACINTO COLLEGE, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On April 5, 2024, parties informed the Court that they have stipulated that Plaintiff's claims in this action are dismissed with prejudice, with each party bearing that party's own attorneys' fees and costs. The case is therefore **DISMISSED WITH PREJUDICE**, with each party bearing its down attorneys' fees and costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 8th day of April, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE